**UNITED STATES of America, Appellee**

v.

**Paulette JEFFERIES, a/k/a Paulette Matthews, Appellant**

No. 01–3060.

United States Court of Appeals,
District of Columbia Circuit.

May 23, 2002.

Before RANDOLPH, ROGERS, and GARLAND, Circuit Judges.

JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED and ADJUDGED that appellant's sentence be affirmed. Prior to imposing sentence, the district court considered and rejected appellant's arguments regarding a downward departure based on her substance abuse rehabilitation. The district court recognized its discretion to grant a downward departure pursuant to *United States v. Harrington,* 947 F.2d 956, 962 (D.C.Cir.1991), but declined to exercise that discretion. Appellant presents no basis for reversing the district court's decision. *See United States v. Sammoury,* 74 F.3d 1341, 1343 (D.C.Cir.1996); *United States v. Pinnick,* 47 F.3d 434, 439 (D.C.Cir.1995).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.